JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| YOUNG HEE PARK, | ) Case No. CV 18-6330 FMO (PLAx) |
|---|---|
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MARTIN A. GALVAN, | ) |
| Defendant. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 13th day of March, 2019.

/s/
Fernando M. Olguin
United States District Judge